UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC LIU,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF SAN BRUNO, et al.,<br><br>             Defendants. | Case No.  15-cv-04581-EDL<br><br>**ORDER REFERRING CASE TO ENE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter is referred to Early Neutral Evaluation to be completed by April 29, 2016.

**IT IS SO ORDERED.**

Dated: February 19, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge