UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC LIU<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SAN BRUNO, et al.,<br><br>        Defendants. | Case No. 15-cv-04581-EDL<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: To Be Determined<br>ENE Evaluator: Dale Allen |

IT IS HEREBY ORDERED that the request to excuse defendants Officer Graham and Officer Tangetaevaha from appearing in person at the ENE before Dale Allen at a future date to be determined is GRANTED. The Officers are excused from participating in the session as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED**.

Dated: May 6, 2016

_____
Maria-Elena James
United States Magistrate Judge